

# Missouri Court of Appeals
## Southern District

## JANUARY 22, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD33188

     Re:   CEDRIC W. ANDERSON,
           Movant-Appellant,
           vs.
           STATE OF MISSOURI,
           Respondent-Respondent.